IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-382-1FL (4)
NO. 5:19-CR-382-2FL
NO. 5:19-CR-382-3FL
NO. 5:19-CR-382-4FL

FILED IN OPEN COURT
ON 9/18/19 STS
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| CEDRIC JAMAL KEARNEY ) | |
| SHERRY MARIE RICHMOND ) | |
| AMONIE SHATEAS FLETCHER ) | |
| ANTONIO DEQUAN FLETCHER ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning at a time unknown but not later than January 4, 2019, continuing thereafter until and including January 4, 2019, in the Eastern District of North Carolina, the defendant(s) CEDRIC JAMAL KEARNEY, and SHERRY MARIE RICHMOND, did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the grand jury to commit offenses against the United States, that is, by force and violence, and by intimidation, to take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, in the presence of another by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119.

1

OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the defendant(s), CEDRIC JAMAL KEARNEY and SHERRY MARIE RICHMOND, committed and caused to be committed, in the Eastern District of North Carolina and elsewhere, certain overt acts, including but not limited to the follow:

a. From a date unknown but no later than January 4, 2019, the defendant(s) CEDRIC JAMAL KEARNEY and SHERRY MARIE RICHMOND, and others known and unknown to the grand jury, planned a carjacking against Trevor Michael Thomas at 1204 Schaub Dr., Raleigh, North Carolina, to take place on January 4, 2019.

b. On or about January 4, 2019, the defendant(s) CEDRIC JAMAL KEARNEY and SHERRY MARIE RICHMOND, and others known and unknown to the grand jury, participated in a carjacking against Trevor Michael Thomas at 1204 Schaub Dr., Raleigh, North Carolina.

All in violation of the provision of Title 18, United States Code, Section 371.

[Remainder of Page Intentionally Left Blank]

## COUNT TWO

On or about the January 4, 2019, in the Eastern District of North Carolina, the defendant(s), CEDRIC JAMAL KEARNEY, and SHERRY MARIE RICHMOND, aiding and abetting each other, took a motor vehicle, that is, a 2015 Dodge Dart, that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of another by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT THREE

On or about the January 4, 2019, in the Eastern District of North Carolina, the defendant(s), CEDRIC JAMAL KEARNEY, knowingly used and carried a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, as charged in Count Two of this Indictment, and did possess said firearm and said firearm was brandished in furtherance of said crime, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

[Remainder of Page Intentionally Left Blank]

## COUNT FOUR

On or about the January 9, 2019, in the Eastern District of North Carolina, the defendants, CEDRIC JAMAL KEARNEY, SHERRY MARIE RICHMOND, and AMONIE SHATEAS FLETCHER, aiding and abetting each other, knowingly stole firearms, which had been shipped and transported in interstate commerce before they were stolen, in violation of Title 18, United States Code, Section 924(l) and 2.

## COUNT FIVE

On or about the January 9, 2019, in the Eastern District of North Carolina, the defendants, CEDRIC JAMAL KEARNEY, SHERRY MARIE RICHMOND, AMONIE SHATEAS FLETCHER, and ANTONIO DEQUAN FLETCHER, knowingly possessed stolen firearms, which had been shipped and transported in interstate commerce before they were stolen, knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Section 922(j).

[Remainder of Page Intentionally Left Blank]

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: 9/17/19

Robert J. Higdon, Jr.
United States Attorney

By: Daniel William Smith
Assistant United States Attorney
Criminal Division

5

Case 5:19-cr-00382-FL   Document 1   Filed 09/18/19   Page 5 of 5